11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Michael Manuel Perez,                          * From the 104th District
                                                 Court of Taylor County,
                                                 Trial Court No. 18433B.

Vs. No. 11-13-000025-CR                         * March 14, 2013

State of Texas,                                 * Per Curiam Memorandum Opinion
                                                 (Panel consists of: Wright, C.J.,
                                                 McCall, J., and Willson, J.)


This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.